UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF VERMONT

| | |
|---|---|
| AUTOMATED TRANSACTIONS LLC,   ) | |
|     Plaintiff    ) | |
| ) | |
|     v.    ) | Docket No. 1:14-cv-61 |
| ) | |
| RIVER VALLEY CREDIT UNION,    ) | |
|     Defendant    ) | |

NOTICE OF VOLUNTARY DISMISSAL

Plaintiff, by its attorneys, Gravel & Shea PC, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby voluntarily dismisses without prejudice the Complaint filed in the captioned matter.

Dated:    Burlington, Vermont
April 15, 2014

    */s/ Andrew D. Manitsky*
    Andrew D. Manitsky, Esq.
    Gravel & Shea PC
    76 St. Paul Street, 7th Floor, P. O. Box 369
    Burlington, VT  05402-0369
    (802) 658-0220
    amanitsky@gravelshea.com
    For Plaintiff